UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RED EAGLE LAW, L.C.,

Plaintiff,

v.

DEPARTMENT OF STATE,

Defendant.

Civil Action No. 25-722 (JMC) (MJS)

**STATUS REPORT**[1]

Pursuant to this Court's Minute Order of August 14, 2026, the parties submit this joint status report. On September 29, 2026, the Department released a response to Plaintiff indicating that, since the last production on July 29, 2026, the Department had identified no additional records responsive to Plaintiff's FOIA request. The Department continues to process records and expects to make its next production on November 27, 2026, and every 60 days thereafter.

Dated: October 6, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney

[1] The undersigned counsel apologizes to the Court for this late filing. However, the undersigned circulated a draft Joint Status Report, consistent with the Court's order of August 14, 2026, on October 1, 2026. Plaintiff's counsel approved the Joint Status Report and asked the undersigned to file. In response, the undersigned advised Plaintiff's counsel that his signature line would be needed on the document to make it a joint filing and that Plaintiff's counsel should file the document after adding his signature line. Since Plaintiff's counsel has not filed the document, Defendant has had to convert the Joint Status Report into this separately filed Status Report.

601 D Street, NW
Washington, DC 20530
(202) 252-6653 (main)

*Attorneys for the United States of America*